UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE GERMANE PULIDO, | No. 2:13-cv-1814-TLN-EFB P |
| Petitioner, | |
| v. | ORDER |
| RANDY GROUNDS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 26, 2014, he filed a notice that his pending motion to stay is now moot. ECF No. 23. Therefore, the court deems the motion withdrawn. In addition, the court will adopt the proposed order setting filing deadlines submitted by the parties on March 4, 2014.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 3, 2013 motion to stay (ECF No. 4) is deemed withdrawn.
2. Petitioner's memorandum of points and authorities in support of his § 2254 petition shall be filed by March 21, 2014.
3. Respondent's response to the § 2254 petition and relevant state court record shall be filed by May 20, 2014.

/////

1

4. Petitioner's reply to respondent's response, if any, shall be filed by June 19, 2014.

DATED: March 4, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE